UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Ex Parte Application of THE EPOCH HOLDING GROUP PTY LTD, EPOCH CAPITAL PTY LTD, EPOCH SYSTEMS DEVELOPMENT PTY LTD, THE EPOCH TRADING GROUP PTY LTD, EPOCH SERVICES AUSTRALIA PTY LTD, EPOCH TRADING SERVICES LIMITED, EPOCH CAPITAL LIMITED, and EPOCH CAPITAL US LLC for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782

Plaintiff(s)

- v -

**RULE 7.1 STATEMENT**

Defendant(s)

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

The Epoch Holding Group Pty Ltd, Epoch Capital Pty Ltd, Epoch Systems Development Pty Ltd, The Epoch Trading Group Pty Ltd, Epoch Services Australia Pty Ltd, Epoch Trading Services Limited, Epoch Capital Limited, and Epoch Capital US LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

The Epoch Holding Group Pty Ltd is a 10% or more parent of other Petitioners. There is no parent corporation or a publicly held corporation that owns 10% or more of The Epoch Holding Group Pty Ltd.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Date   September 5, 2025

/s/ Adam Kominsky
Signature of Attorney

ak3970
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022