UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: THE EPOCH HOLDING GROUP PTY LTD et al. | 25-MC-380 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 16, 2025, Petitioners filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to take discovery in a foreign proceeding. *See* ECF Nos. 1, 4. However, the Court finds that Petitioners have failed to demonstrate that ex parte treatment is appropriate in this matter. Accordingly, Petitioner shall serve the subpoenas and file proof of service on the public docket.

SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                                              DALE E. HO
                                      United States District Judge