UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Ex Parte Application of THE EPOCH HOLDING GROUP PTY LTD, EPOCH CAPITAL PTY LTD, EPOCH SYSTEMS DEVELOPMENT PTY LTD, THE EPOCH TRADING GROUP PTY LTD, EPOCH SERVICES AUSTRALIA PTY LTD, EPOCH TRADING SERVICES LIMITED, EPOCH CAPITAL LIMITED, and EPOCH CAPITAL US LLC for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 | 25-MC-380 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 1 and October 3, Petitioners filed proof of service of their discovery requests on the docket. ECF Nos. 15–18. The deadline to file a Motion to Quash was 14 days thereafter. With that deadline having passed with no Motion filed, it is **ORDERED** that Petitioners file a status update no later than **November 10, 2025** indicating whether this action can be closed.

The Clerk of Court is respectfully directed to terminate ECF Nos. 1 and 4.

SO ORDERED.

Dated: November 3, 2025
New York, New York

DALE E. HO
United States District Judge